# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Lublin Corporation t/a Century 21 Advantage Gold

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): William F. Thomson, Jr., Esquire

Firm Name: Gilbert & Thomson

Post Office Box:

Street Address: 952 Trenton Road

City-State-Zip: Fairless Hills, PA 19030

Telephone & Facsimile Numbers: 215-337-9300 (F) 215-337-9131

Is the attorney of record admitted to the Court of Federal Claims Bar? XX Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes XX No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 3 4

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: H U D

See attached sheet for three-digit codes.

RECEIVED
MAR 2 9 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Amount Claimed: $ 1,666,085.00

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? X Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:

Date of Vaccination:

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes XX No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.