ORIGINAL

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LUBLIN CORPORATION, t/a CENTURY 21 ADVANTAGE GOLD
7104 Castor Avenue
Philadelphia, PA 19149

Plaintiff

vs.

UNITED STATES OF AMERICA

Defendant

No. 07-206 C

FILED
MAR 29 2007
U.S. COURT OF FEDERAL CLAIMS

## COMPLAINT

Plaintiff, Lublin Corporation, t/a Century 21 Advantage Gold (hereinafter "Advantage Gold"), by and through its attorneys, Gilbert and Thomson Law Offices, files this Complaint against the United States of America and, in support thereof, avers the following:

## PARTIES

1. Plaintiff, Lublin Corporation, t/a Century 21 Advantage Gold, (hereinafter Advantage Gold) is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania, with a place of business at 7104 Castor Avenue, Philadelphia, Pennsylvania 19149. Plaintiff holds all licenses required by the Commonwealth of Pennsylvania to sell real estate in the Commonwealth of Pennsylvania. Plaintiff has registered the fictitious name "Century 21 Advantage Gold" and trades and does business as "Century 21 Advantage Gold."

2. The United States of America is responsible for the operations and activities of the United States Department of Housing and Urban Development. (hereinafter HUD)

3. HUD is a federal agency established by the U.S. Government, responsible for national policy and programs that address America's housing needs. HUD has an office at the Wanamaker Building, 100 Penn Square East, Philadelphia, PA 19107-3389.

## JURISDICTION

4. This Court has subject matter jurisdiction pursuant to the Tucker Act, 28 USC § 1491 (a) (1), as this claim is against the Untied States founded in the Constitution, Act of Congress, a regulation of the executive department, and in implied contract with the United States, for unliquidated damages in a case not sounding in tort.

## GENERAL ALLEGATIONS

5. HUD entered into a Management and Marketing ("M&M") contract with Hooks Van Holm (hereinafter HVH) to have HVH serve as a prime contractor to HUD, and provide various services to HUD, including but not limited to, managing, marketing and overseeing the sales/closing activity for HUD owned single family (1-4 unit) properties in the Commonwealth of Pennsylvania.

6. In accordance with its contract with HUD, HVH was also to provide other specific services to HUD which included, but was not limited to, selling HUD owned homes in the Commonwealth of Pennsylvania.

7. In order to perform the obligations under its contract with HUD, HVH, as the marketing and managing contractor for HUD, entered into a Subcontractor Agreement with Lublin Corporation, t/a Century 21 Advantage Gold, to provide Listing Broker services to HVH. A copy of the Subcontractor Agreement between HVH and Lublin Corporation, t/a Century 21 Advantage Gold is attached hereto as Exhibit "A."

8. As the Listing Broker, Lublin Corporation, t/a Century 21 Advantage Gold was required to provide listing services and sub-listing services to successfully place single family (1-4 unit) properties owned by HUD, being managed and marketed by HVH, on a local Multiple Listing Service (MLS), to be sold and to answer or pass on inquiries regarding the property and perform such other duties for bidding as are customary.

9. In accordance with Section F(1) of the contract, HVH may order services under the Subcontract, from the date of the award, September 18, 2004 through October 1, 2005 (Base Period). This Base Period may be extended for additional twelve (12) month periods at the sole option of HVH.

10. In accordance with Section F (1) either party may cancel this Agreement, with or without cause, by giving a thirty (30) day written notice, via certified mail, to the other party. At HVH's sole discretion, the Agreement may be terminated with 72 hours notice if the subcontractor is not performing to the term of the Agreement, or if changes occur in HUD policies.

11. The geographic service area covered by the Contract was the Commonwealth of Pennsylvania.

12. For the services provided in the Contract, Advantage Gold was to receive a fixed fee at the closing of each property. This fee was to be paid upon the closing of the property. The fixed fee that Advantage Gold was to receive was $321 per property.

13. In accordance with the contract, Advantage Gold was to receive its fee at closing and was to be supplied with a copy of the HUD-1 closing form on every property closed during the term of the Contract.

14. At the termination of the Contract, Advantage Gold was not to receive any money or payment for the properties entered into the MLS system which have not been "sold" or "closed" at the time of termination, nor shall they be reimbursed for any expenses incurred performing the aforementioned tasks, with the exception of reimbursements for payments made for Certificates of Occupancy or Use & Occupancy Certificates ordered by Advantage Gold.

15. On March 30, 2005, representatives of Advantage Gold and several of its subcontractors were asked by HUD to participate in a confidential Quality Management Review (QMR) program in HUD's Philadelphia office.

16. Representatives of Advantage Gold were quite reluctant to participate in the QMR sponsored by HUD, especially when they gleaned that HUD's purpose was to obtain information about the practices and procedures of HVH in implementing HUD's Property Disposition Program.

17. When pressed by HUD employees at this meeting to respond with regard to various issues relating to HVH's performance, representatives of Advantage Gold stated that they did not wish to discuss with HUD employees any matters involving

HVH, since HVH employed Advantage Gold, not HUD, and there could be repercussions or reprisals by HVH should Advantage Gold provide information that did not reflect favorably on HVH.

18. HUD employees specifically assured all representatives of Advantage Gold and its subcontractors that all information provided to HUD in the QMR process would be kept strictly confidential, that nothing said by Advantage Gold representatives to HUD employees would be discussed or mentioned to HVH, and that HUD would make certain that there were no repercussions or reprisals by HVH against Advantage Gold, should HVH become aware that Advantage Gold provided HUD with some information that did not reflect favorably on HVH.

19. After receiving these assurances from HUD employees, representatives of Advantage Gold did participate in the QMR and did provide HUD employees with a candid, honest and forthright assessment of HVH's performance related to HUD's Property Disposition Procedures.

20. Approximately two (2) hours later, Advantage Gold received an e-mail, and thereafter a letter by certified mail, that served notice upon Advantage Gold, that the Subcontractor Agreement between Advantage Gold and HVH was being unilaterally terminated by HVH.

**COUNT I**
**Century 21 Advantage Gold V. HUD**
**<u>Breach of Fiduciary Duty – Implied Contract</u>**

21. Plaintiff incorporate by reference paragraphs 1 through 20 as if fully set forth at length herein.

22. HUD personnel at the QMR meeting assured Century 21 Advantage Gold representatives of "full confidentiality" and agency accountability against HVH retaliation for any kind of loss as a result of Advantage Gold's participation in the QMR.

23. Despite these repeated assurances, within hours after the QMR ended, HUD representatives contacted HVH representatives and breached HUD's duty of confidentiality to Advantage Gold by disclosing to HVH all of the information HUD learned from Advantage Gold in the QMR.

24. Within hours after the QMR ended, HVH terminated Century 21 Advantage Gold as the Listing Broker under the contract.

25. This breach of confidentiality is a breach of implied contract under the applicable law.

26. A confidential and fiduciary relationship exists when confidence is reposed on one side and there is resulting superiority and influence on the other.

27. A confidential relationship exists where parties do not deal on equal terms, but on the one side there is an overmastering influence and on the other weakness, dependence or trust is justifiably reposed.

28. The party in whom the trust and confidence are reposed must act with scrupulous fairness and good faith in his dealings with the other and refrain from using its position to the other's detriment.

29. A confidential relationship and the resulting fiduciary duty attaches when one occupies toward another such a position to inspire confidence that he will act in good faith.

30. If a governmental entity solicits a party to trust it in matters and represents itself to be trustworthy, and the other accepts the offer and reposes complete trust in him, a fiduciary relation is established.

31. HUD employees, acting within the scope and course of their employment with HUD, breached its fiduciary duty to Advantage Gold, arising from the confidential relationship it established with Advantage Gold, when it shared with representatives of HVH, information that HUD received from Advantage Gold in confidence.

32. Advantage Gold has been damaged by the breach of implied contract with HUD, in that it has lost its contract with HVH to serve as the Listing Broker for HVH in the Commonwealth of Pennsylvania.

33. Advantage Gold has been the Listing Broker in the Commonwealth of Pennsylvania for HUD properties for many years, even preceding HUD's hiring of HVH.

34. Advantage Gold had every expectation that its relationship with HVH would continue indefinitely and was expressly told this by HVH representatives.

35. The breach of fiduciary duty and confidentiality by HUD has caused a great financial loss and detriment to Advantage Gold, in that it has lost all profits that it would have derived from serving as Listing Broker in the Commonwealth of Pennsylvania.

36. Advantage Gold has quantified this loss as follows: the average annual number of listings closed in a year in Pennsylvania is 2,633. Plaintiff was to earn $321/per listing as per the contract. Plaintiff's total loss per year is $845,193. Moreover, plaintiff sells 14.13% of HUD listings in Pennsylvania itself, or 372 listings per

year. The average sales price for HUD homes sold in Pennsylvania is $44,134. As such, plaintiff would have earned a 5% commission on the sale of 372 homes at an average price of $44,134, or $820,892 annually.

37. Accordingly, plaintiff is seeking annual damages of $1,666,085, for each year that HVH continues to be the M&M for HUD.

WHEREFORE, Lublin Corporation, t/a Century 21 Advantage Gold, respectfully requests that this Court enter judgment in its favor and against the United States of America, in the amount of $1,666,085 annually for each year HVH is contracted with HUD to serve as the M&M, plus costs of suit, interest and counsel fees.

**GILBERT AND THOMSON LAW OFFICES**

**BY:**________________________________

WILLIAM F. THOMSON JR., ESQUIRE
Attorney for Plaintiff
Attorney I.D. 44246
952 Trenton Road
Fairless Hills, Pennsylvania 19030
(215) 337-9300

Hooks Van Holm, Inc.

# Sub-Contractor Agreement

**Section A – Sub Contract Award**

Sub-contracting Number: HVH-LB-PADE-10-04
Services: Listing Broker Services
Issued By: Hooks Van Holm, Inc.
Address:
Contact Persons: Robert Hooks, Linda Van Holm
Telephone: 404-393-9693
Email: tdilks@hooksvanholm.com or tdilks@msainspect.com

Sub-contractor: CENTURY 21 Advantage Gold
Address: 494 Second Street Pike

Southampton, PA 18966

Contact Person (s): Ronald Rudolph

Telephone: 215-722-7170 (office) 215-801-4501 (mobile phone)

Fax: 215-722-1144

Email: pahudhomes@aol.com

Parties to this contract are hereby bound and agree to the following terms and conditions:

Contractor: Hooks Van Holm, Inc.
Authorized Signature: ________ Date: 9-15-04
Sub-contractor: CENTURY 21 Advantage Gold
Authorized Signature: ________ Date: 9/13/04
William H. Lukens

**Section B – Supplies, Services and Prices/Costs**

1. Services:
The Listing Broker, referred to hereafter as the Sub-contractor, shall provide Listing services and Sub- Listing Services to successfully place single family (1-4 units) properties (owned by the U.S. Department of Housing and Urban Development (HUD) and presently being Managed and Marketed by Hooks Van Holm, Inc., HUD's M&M contractor) on a local multiple listing service (MLS), answer or pass on inquiries regarding the property and perform such other duties for bidding as are customary.

Deleted: 9
Deleted: 9

# Sub-Contractor Agreement

**Section I: Sub-contract Award**

Sub-contracting Number: HVH-LB-PADE-10-04
Services: Listing Broker Services
Issued By: Hooks Van Holm, Inc.
Address:
Contact Persons: Robert Hooks, Linda Van Holm
Telephone: 404-393-9693
Email: tdilks@hooksvanholm.com or tdilks@msainspect.com

Sub-contractor: CENTURY 21 Advantage Gold
Address: 494 Second Street Pike

Southampton, PA 18966

Contact Person (s): Ronald Rudolph

Telephone: 215-722-7170 (office) 215-801-4501 (mobile phone)

Fax: 215-722-1144

Email: pahudhomes@aol.com

Parties to this contract are hereby bound and agree to the following terms and conditions:

Contractor: Hooks Van Holm, Inc.

Authorized Signature: ______________________ Date: __________

Sub-contractor: ______________________

Authorized Signature: ______________________ Date: __________

**Section II: Supplies, Services and Prices/Costs**

1. Services:

The Listing Broker, referred to hereafter as the Sub-contractor, shall provide Listing services and Sub- Listing Services to successfully place single family (1-4 units) properties (owned by the U.S. Department of Housing and Urban Development (HUD) and presently being Managed and Marketed by Hooks Van Holm, Inc., HUD's M&M contractor) on a local multiple listing service (MLS), answer or pass on inquiries regarding the property and perform such other duties for bidding as are customary.

Deleted: 10
Deleted: 9
Deleted: 9

# Sub-Contractor Agreement

**Section 1 Sub-Contract Award**

Sub-contracting Number: HVH-LB-PADE-10-04
Services: Listing Broker Services
Issued By: Hooks Van Holm, Inc.
Address:
Contact Persons: Robert Hooks, Linda Van Holm
Telephone: 404-393-9693
Email: tdilks@hooksvanholm.com or tdilks@msainspect.com

Sub-contractor: CENTURY 21 Advantage Gold
Address: 494 Second Street Pike

Southampton, PA 18966

Contact Person (s): Ronald Rudolph

Telephone: 215-722-7170 (office) 215-801-4501 (mobile phone)

Fax: 215-722-1144

Email: pahudhomes@aol.com

Parties to this contract are hereby bound and agree to the following terms and conditions:

Contractor: Hooks Van Holm, Inc.

Authorized Signature: ______________________ Date: __________

Sub-contractor: ______________________

Authorized Signature: ______________________ Date: __________

**Section 2 Supplies, Services and Prices Costs**

I. Services:
The Listing Broker, referred to hereafter as the Sub-contractor, shall provide Listing services and Sub- Listing Services to successfully place single family (1-4 units) properties (owned by the U.S. Department of Housing and Urban Development (HUD) and presently being Managed and Marketed by Hooks Van Holm, Inc., HUD's M&M contractor) on a local multiple listing service (MLS), answer or pass on inquiries regarding the property and perform such other duties for bidding as are customary.

Deleted: 10
Deleted: 9
Deleted: 9

II. Minimum Maximum Quantities for Order:
Contractor does not guarantee that it shall order from Sub-Contractor any minimum quantity under this contract. Contractor does not guarantee any maximum quantity.

III. Geographic Service Area:
The geographic service area covered by this contract in the States of:

| | |
|---|---|
| Mississippi | ______ |
| Alabama | ______ |
| Pennsylvania | XXXXXX |
| Delaware | ______ |

IV. Price:
For the services provided herein, the Sub-Contractor shall receive a fixed fee at the closing of the property. This fee shall be earned only upon the closing of property (not merely upon production of a willing and able buyer). The Sub-contractor shall receive a fee at the following rates for properties that close in the following States:

| | |
|---|---|
| Mississippi | $______ |
| Alabama | $______ |
| Pennsylvania | $321.00 |
| Delaware | $______ |

Deleted: $____

V. Payment
For the services provided herein, the Sub-contactor shall receive a fixed price per property. The price shall be earned only upon the closing of property (not merely upon production of a willing and able buyer. The Sub-Contractor shall be receive their fee at closing and shall be supplied a copy of the HUD-1 closing form on every property closed during the term or extended term of this contract.

VI. Termination and Payment at Contract Expiration:
Sub-Contractor understands and agrees the risk that, upon expiration or termination of the contract, listings assigned to it may remain unsold or not closed. That this Listing Broker contract can be terminated at any time by Hooks Van Holm, Inc., or HUD without cause and without prior notice by giving Sub-Contactor 72 hours written notice.

Sub-Contractor understands and accepts the risk that upon expiration or termination of the contract, listings assigned to it may remain unsold or not closed. In such case, Sub - Contractor understands and agrees that it shall not receive any money (payment) for those properties that they entered in the MLS but have not been sold or closed nor shall they be reimbursed for any expenses incurred performing the aforementioned tasks, with the exception of reimbursement for Certificates of Occupancy or Use & Occupancy Certificates ordered by the sub-contractor.

**Section - Work Statement - Scope of Work**

I. Description:

Deleted: 10
Deleted: 9
Deleted: 9

The Sub-Contractor shall provide, within the geographic area described in Section B, all facilities, material, supplies, equipment, labor, and services required to successfully place single family (1-4 units) properties owned by the U.S. Department of Housing and Urban Development (HUD) on a local multiple listing service (MLS), answer inquiries regarding the property, and perform such other duties for bidding as are customary throughout the term of the Contract.

II. Offices, Equipment and Staffing:
In each contracted State, the Listing Broker shall provide and maintain:

- A minimum of one (1) office located in or close to a major city:
- A toll free telephone number available to public use throughout the contracted area(s);
- An E-mail address;
- The standard Fair Housing non-discrimination signs prominently displayed in the offices;
- All necessary supplies, furniture and equipment to provide the required services including at least a personal computer system with a Pentium processor;
- At all times, seven days a week from 8:00 a.m. to 5:00 p.m.; an agent available to take calls from interested parties and real estate agents and give appropriate information on all listed properties;
- At all times, Monday through Friday from 8:00 a.m. to 5:00 p.m. a designated administrative person to take assignments of properties, track the progress of listings, contracts and closings.

III. Disclosures and Representations:
The Listing Broker shall:

- Not make any warranties or representations concerning the condition of any property;
- Make all disclosures concerning dual representation as may be required by sate or local law.

IV. Specific Tasks:
The tasks outlined below are applicable to each assigned property. The Sub-Contractor shall perform each of the following tasks, which is applicable to each specific property. The Sub-Contractor's bid price shall provide the full and entire compensation for all required tasks. Provide Certificate of Occupancy for each property, where required. Fee charged to the sub-contractor by the municipality for obtaining a Certificate of Occupancy may be submitted to the M&M for re-imbursement with evidence of a paid receipt from the municipality or other form of documentation supplied by the Sub-Contractor to verify the application made and funds expended, such as submission of the check stub and a copy of the application form (the system currently used and approved by HUD).

Deleted: required

Deleted:

The Sub-Contractor must determine the additional needed resources to complete their field responsibilities (those conducted outside the Office).

Deleted: 10

Deleted: 9

Deleted: 9

A. MLS Listing:
The Sub-Contractor will be given a Listing input Sheet prepared by Hooks Van Holm, Inc. with the basic listing information (address, price, terms, etc.) for each new assigned property. In Rural areas where there may not be a Street address, Hooks Van Holm will provide the Sub-Contractor with the first sheet of the Property Appraisal to facilitate the entry of the property into the appropriate MLS since Non-Urban Tax offices are often open only one day a week. The Sub-Contractor will, at its expense:

- Determine the appropriate MLS Board for each listing;
- Provided all human resources, MLS memberships, data retrieval services for county records, licenses, materials and technical equipment.
- Provide that all MLS listings shall:
  - Contain a statement that the property is offered, "As is,"
  - Provide that cooperating brokers may receive up to 5% commission;
  - Contain that standard Fair Housing non-discrimination clause,
  - Refer potential purchasers to Hooks Van Holm, Inc. electronic listing and bidding Internet web site for more information on:
    - Lead-based paint notification;
    - Instructions to Selling Brokers and potential purchasers concerning electronic bidding and earnest money procedures;
    - Information concerning any defects known to Hooks Van Holm, Inc. or the Listing Broker or the Sub-Listing Broker,
    - Notice that the potential purchaser may receive upon request the inspection form, and
    - Notice whether the property is offered with or without FHA Insurance.

B. Initial Assignment:
As soon as possible after the Award Date, Hooks Van Holm, Inc. shall furnish Sub-Contractor an initial list of properties. Sub-Contractor shall date enter the initial list of properties within 48 hours from receipt of the Initial List. MLS printouts confirming entry must be delivered to Hooks Van Holm, Inc. on a daily basis.

C. Subsequent Assignments:
Additional property listings shall be assigned to Sub-Contractor on a daily basis or as required by HUD. Within 24 hours form receipt of Hooks Van Holm, Inc. listings input sheet, the Sub-Contractor will:

- Enter property-listing information into the appropriate MLS. Only required fields and miscellaneous information for the notes section will be provided;
- Place an approved "For Sale" sign at each listed property. The specific language used on the signs must be approved by HUD and Hooks Van Holm, Inc. "HUD Signs" shall be supplied by Hooks Van Holm Inc., while any real estate company signs placed upon the property will be installed and removed by the Sub-Contracotr at their sole expense.
- Conduct an inspection of each property to determine that the property is ready to list and that no health, safety or hazardous conditions exist. Property inspection form will be provided by Hooks Van Holm, Inc.

Deleted: 10
Deleted: 9
Deleted: 9

- If required by the local MLS, place an approved lockbox on each listing that meets the criteria of local MLS rules and regulations within 2 calendar days of notice by Hooks Van Holm, Inc. of a new acquisition and maintain house keys to the property in the lockbox at all times.
- Deliver proof of MLS listing to Hooks Van Holm, Inc. in the form of a printed MLS page for each property within 2 work hours of MLS input. The property must be accessible at all times to HUD. Hooks Van Holm, Inc, Its employees, sub-contractors and agents, and Real Estate Agents (regardless of their affiliation or membership in MLS);

D. On-Going Tasks:

- Replace house keys in lockboxes within 24 hours of notice that the key is missing;
- Provide padlock keys to approved HUD Brokers and Agents in each area as needed.
- Sign-in on the Sign-in sheet every time Listing Broker and/or its staff and sub-contractors enter or are on a property;
- Be professional and responsive to the public and other procuring broker calls, providing current information as to each property's availability, status and how to obtain access to each listed property. This includes explaining the method of electronic bidding and other terms of procurement available to all callers.
- Receive "change in status notices" from Hooks Van Holm, Inc. and enter such changes within 4 hours into the MLS when:
  - A property is pulled from the market;
  - An offer is accepted by Hooks Van Holm, Inc.
  - The property closes escrow;
  - An escrow fails and the property is put back on the market;
  - There is a new listing amount as determined by Hooks Van Holm, Inc.
  - There are new escrow repair conditions; and
  - Any other status changes deemed necessary by Hooks Van Holm, Inc.
- Periodically reconcile MLS Listings with the Listings advertised on Hooks Van Holm, Inc. Internet web site and report any differences;
- Date and time stamp all information provided by Hooks Van Holm, Inc. at receipt;
- Maintain a close working relationship with Hooks Van Holm, Inc. marketing staff to ensure submitted contracts are complete, accurate and presented on the correct forms;
- Attend Hooks Van Holm, Inc. training programs and meetings to remain updated on current policies;
- Prepare for Hooks Van Holm, Inc. execution any disclosure statement required by state or local law, though Hooks Van Holm is aware that foreclosed properties are exempt from the Seller Disclosure requirements in the commonwealth of Pennsylvania.
- Hooks Van Holm acknowledges that it is the responsibility of the HUD Closing Agent to provide all HOA/Condominium documents to potential purchasers as required by state or local law as well as accompanying certifications or forms.

Deleted: ;

Deleted: P

Deleted: 10

Deleted: 9

Deleted: 0

From time to time the scope of work as described above may be modified, expanded or narrowed at the discretion of Hooks Van Holm, Inc. In the event of such a change causes the Listing Broker to incur additional expenses, these expenses will be reimbursed at actual cost. Prior to incurring any expenses not expressly included in the Scope of Work above, the Listing Broker must get written approval from Hooks Van Holm, Inc. Failure to obtain this approval may result in the expenses not being reimbursed.

## Section D Packaging and Marking

I. Payment of Postage and shipping:
The cost of all postage and fees related to submitting information to Hooks Van Holm, Inc. and/or HUD under this Sub-Contract, including required forms and reports, shall be included in the price specified in Section B and shall be paid by the Sub-Contractor.

II. Marking of Deliverables.
All information submitted to Hooks Van Holm, Inc. and/or HUD under this Sub-Contract shall be clearly labeled with the Sub-Contractor number.

## Section E Inspection and Acceptance

I. Inspection and Acceptance.
Inspection and acceptance of all work required under this contract shall be performed by Hooks Van Holm, Inc.'s Contract manager identified in Section G.I. (a), or other individual as designated by Hooks Van Holm, Inc.

II. Contract Records.
Upon completion or termination of this Sub-Contract within five business days of notification provide to Hooks Van Holm, Inc. or its designee, copies of all requested files, records, logs and unused forms and documents related to this Sub-Contract.

## Section F Deliveries or Performance

I. Contracting Period.
Hooks Van Holm, Inc. may order services under this Sub-Contract from date of award through October 1, 2005 (Base Period). This Base period may be extended for additional 12-month periods at the sole option of Hooks Van Holm, Inc. If any option(s) to extend the term of the contract are exercised, the Base Period shall be extended through the end date of the option (s).
Either party may cancel this Agreement with or without cause by giving a 30-day written notice via certified mail to the other party. At Hooks Van Holm, Inc.'s sole discretion, this Agreement may be terminated with 72 hours notice if the Sub-Contractor is not performing to the terms of the Agreement or if changes occur in HUD policies.

Deleted: 10
Deleted: 9
Deleted: 9

II. Listings Migration

Sub-Contractor will be responsible for providing full services as outlined in Section C of this Sub-Contract seven (7) days after contract award.

## Section [illegible] Contract Administration Data

I. Conduct of Work

A. Hooks Van Holm, Inc.'s Contract Manager (HVH CM) for liaison with the Sub-Contactor as to the conduct of work is __Robert Hooks____ or a successor designated in writing by Hooks Van Holm, Inc.

B. Sub-Contractors work hereunder shall be carried out under the supervision of ___Evelyn Rockett_______________.

II. Payment Schedule.

A. General.

As full compensation for all work required, performed and accepted under this Sub-Contract, inclusive of all costs and expenses Sub-Contractor shall be paid per property as stated in Section B this Sub-Contract.

B. Method of Payment

Sub-Contractor shall provide Hooks Van Holm, Inc., HUD and the appropriate Closing Agents with all necessary documents as directed by HVH CM in order for Sub-Contractor to receive payment as outlined in Section B. of this contract.

C. Sub-Contractor Remittance Address.

Hooks Van Holm, Inc.
8010 Roswell Rd.
Suite 100
Atlanta, GA 30350

## Section [illegible] Special Contract Requirements

I. ADP Virus Security.

The Sub-Contractor hereby agrees to make every reasonable effort to delivor ADP related products to Hooks Van Holm, Inc.and HUD as virus -free. For any hardware, software or any product provided outright by diskette under this contract, the Sub-Contractor shall provide the following certification concurrent with delivery of the product.

"The product hereby delivered had been scanned for known viruses using (name of virus screening product, including version number. If any) and is free of known viruses at the time of submission."

Deleted: 10
Deleted: 9
Deleted: 9

The certification shall be made by an individual authorized to bind the Sub-Contractor. The software tool and process must be capable of detecting all known viruses. Hooks Van Holm, Inc. and/or HUD may assess monetary damages against the Sub-Contactor sufficient to compensate Hooks Van Holm, Inc. and/or HUD for actual or estimated costs resulting from computer virus damage or malicious destruction of computer Information arising from failure to take adequate precautions to preclude delivery of virus-containing products in the delivery of hardware, software, or data on diskettes under this Sub-Contract. This clause shall not subrogate the rights of Hooks Van Holm, Inc. and/or the Government under any other clauses.

II. Criminal Liability.
It is understood that disclosure of information relating to the work or services hereunder to any person not entitled to receive it or failure to safeguard and confidential information that my come to the Sub-Contractor or any person under the Sub-Contractor's contract in connection with the work under this Sub-Contract may subject the Sub-Contractor his agents or employees to criminal liability.

III. Nondiscrimination in Sales and Rentals.
Neither the Sub-Contractor, nor any individual(s) authorized by the Sub-Contractor to act on the Sub-Contractor's behalf shall decline to sell or rent any property assigned under this contract to a perspective purchaser or tenant because of the prospective purchaser's or prospective tenant's race, color, creed, religion, sex, national origin, age, familial status or disability.

IV. Additional Responsibilities, Licenses and Insurance Requirements.
The Sub-Contractor and all its sub-contractors shall take proper health and safety precautions to protect workers, the public, and the property of others. The Sub-Contractor and all its sub-contractors shall without additional expense to Hooks Van Holm, Inc. and/or the Government, obtain any necessary licenses, insurance, certifications and permits required in, performance of the Sub-Contract and comply with any federal, state, county and municipal laws, codes and regulations applicable to the performance of the work. The Sub-Contractor and all subcontractors shall be responsible for all damages to himself, its employees or other persons or property that occur as a result of the contractor's performance under this contract. Within five (5) days of award notification and prior to Hooks Van Holm, Inc. final acceptance of the Listing Broker, the Listing Broker shall provide evidence of;

- Membership in good standing with each MLS board (either Sub-Contractor or its sub-contractor(s) in all cities, and counties within the geographic area of each contracted State.
- Proper licenses for each State, including Real Estate Broker's License. All local, State and Federal law must be compiled with, Failure to comply with such laws, can result in the termination of the Listing Broker Agreement.
- Liability insurance coverage, naming HUD and Hooks Van Holm, Inc. as additional insured, including a 30-day cancellation notice.
- Worker's Compensation coverage, naming HUD and Hooks Van Holm, Inc. as additional insured, including a 30-day cancellation notice.

Deleted: 10
Deleted: 9
Deleted: 9

- Sub-Contractor shall carry and maintain all Licenses and Insurance Policies in good and "active' status throughout the term that services are performed.

## Section [illegible] Contract Clauses

I. Conflicts of Interest.

The Sub-Contractor warrants that to the best of its knowledge and belief and except as otherwise disclosed, it does not have any organizational conflict of interest which is defined as a situation in which the nature of work under a Government contract and a contractors organizational, financial, contractual or other interests are such that:

(1) Award of the contract may result in an unfair competitive advantage; or

(2) The contractor's objectivity in performing the contract work may be impaired.

(b) The Sub-Contractor agrees that if after award it discovers an organizational conflict of interest with respect to this contract, it shall make an immediate and full disclosure in writing to Hooks Van Holm, Inc., which shall include a description of the action, which the Sub-Contractor has taken or intends to take to eliminate or neutralize the conflict. Hooks Van Holm, Inc. may, however, terminate the contract for its convenience or the convenience of the Government if it would be in the best interest of Hooks Van Holm, Inc. and/or the Government.

(c) In the event the Sub-Contractor was aware of an organizational conflict of interest before the award of this contract and intentionally did not disclose the conflict to Hooks Van Holm, Inc. may terminate the Sub-Contract for default.

(d) The provisions of the clause shall be included in all sub-contracts and consulting agreements wherein the work to be performed is similar to the service provided by the Sub-Contractor. The Sub-Contractor shall include in such sub-contracts and consulting agreements any necessary provisions to eliminate or neutralize conflicts of interest.

(e) The Sub-Contractor;

- Will be permitted to sell the homes they list, except where prohibited by state or local law.
- May either be permitted to place their company signage on properties at the Sub-Contactors expense, or may be required to place, the approved "For Sale" sign supplied by Hooks Van Holm, as directed by the M&M Contractor
- Will not negotiate contracts on seller's behalf,
- Will not be permitted to receive or pay any type of a referral fee as a result of referring buyers from calls initiated on properties. This includes identity of interest and affiliated companies and any other organizations benefiting from this Sub-Contract, whether fees are being paid by HUD, Hooks Van Holm, Inc. or the Sub-Contractor.
- May not acquire any interest in any HUD property. (this includes the Sub-Contractor and any identity of interest and affiliated companies).
- Notice Listing Contract Clauses Incorporated by Reference (as related to Section I-Contract Clauses under Contract R-OPC-22505) See attachment 1.

**Deleted:** Will not

**Deleted:** other than

**Deleted:** 10

**Deleted:** 9

**Deleted:** 9

Deleted: 10

Deleted: 2

Deleted: 9