FILED
MAR 29 2007
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Lublin Corporation, t/a Century 21 Advantage Gold | : | 07-206 C |
| | : | |
| vs. | : | |
| | : | |
| The Untied States of America | : | |

**DISCLOSURE STATEMENT**

The nongovernmental corporate party, Lublin Corporation, in the above listed action does not have any parent corporation and publicly held corporation(s) that owns 10% or more of its stock.

3/28/07
Date

WILLIAM F. THOMSON, JR., ESQUIRE
Counsel for Plaintiff