IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUBLIN CORPORATION, t/a CENTURY 21, ADVANTAGE GOLD<br>7104 Castor Ave.<br>Philadelphia, PA 19149, | ) | |
| Plaintiff, | ) | No. 07-206C<br>(Judge Allegra) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Matthew H. Solomson as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Matthew H. Solomson
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 305-3274
Fax: (202) 514-8624
E-mail:Matthew.Solomson@usdoj.gov

Attention: Classification Unit, 8th Floor
1100 L Street, NW

Dated: April 11, 2007

s/ Matthew H. Solomson
Matthew H. Solomson
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: 202-305-3274
Matthew.Solomson@usdoj.gov

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 11th day of April 2007, I caused to be filed electronically the foregoing NOTICE OF APPEARANCE. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Matthew H. Solomson
Matthew H. Solomson