# In The United States Court of Federal Claims

No. 07-206C

(Filed: June 14, 2007)

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 12, 2007, plaintiff filed a response to the reply brief defendant filed in support of its motion to dismiss. The Rules of the Court of Federal Claims do not provide for such a filing. Accordingly, the Clerk is hereby ordered to strike this filing from the record.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge