# In The United States Court of Federal Claims

No. 07-206C

(Filed: August 7, 2007)

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 7, 2007, oral argument was held in this case on defendant's motion to dismiss plaintiff's complaint. Participating in this argument were William F. Thomson, Jr., for plaintiff, and Matthew H. Solomson, for defendant. Pursuant to discussions held therein and the parties filings, defendant's motion to dismissed is **DENIED** as moot. Accordingly,

On or before August 28, 2007, plaintiff shall file a motion to amend its complaint.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge