# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUBLIN CORPORATION, t/a CENTURY 21<br>ADVANTAGE GOLD<br>7104 Castor Avenue<br>Philadelphia, PA 19149<br><br>Plaintiff | : | No. 07-206C<br>(Judge Allegra) |
| vs. | : | |
| UNITED STATES OF AMERICA<br><br>Defendant | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2007, on behalf of plaintiff, **Lublin Corporation, t/a Century 21 Advantage Gold,** I caused to be filed electronically, the foregoing Motion to Amend with the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

**GILBERT AND THOMSON LAW OFFICE**

WILLIAM F. THOMSON JR., ESQUIRE
Attorney for Plaintiff, Lublin Corporation
952 Trenton Road
Fairless Hills, Pennsylvania 19030
(215) 337-9300