# In The United States Court of Federal Claims

No. 07-206C

(Filed: September 5, 2007)

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On August 29, 2007, the court granted plaintiff's unopposed motion for leave to file an amended complaint. On August 31, 2007, defendant filed a consent motion to amend schedule. Accordingly, the court hereby orders as follows:

1. Plaintiff's response to defendant's consent motion to amend schedule is stayed.

2. After plaintiff has filed its amended complaint, defendant will have 10 days to file its response, after which the court will issue a scheduling order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge