**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Lublin Corp., t/a Century 21 Advantage Gold, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-206C |
| | ) | (Judge Allegra) |
| v. | ) | |
| | ) | |
| The United States, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO LIFT THE STAY UPON, AND TO GRANT, ITS UNOPPOSED AUGUST 31, 2007 MOTION OR, IN THE ALTERNATIVE, DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant respectfully requests that this Court lift the stay on defendant's August 31, 2007 motion, to which plaintiff consented, and that the Court issue an order setting the briefing schedule proposed in that motion. In the alternative, defendant respectfully requests this Court to grant defendant an enlargement of time to October 12, 2007, within which to respond to plaintiff's amended complaint. This is defendant's first request for an enlargement of time for this purpose. Plaintiff previously consented to defendant's August 31, 2007 motion, in which defendant requested that the Court set October 12, 2007 as the date by which a response to the amended complaint would be due.

On August 29, 2007, the Court granted plaintiff's unopposed motion for leave to file an amended complaint. On August 31, 2007, defendant filed an unopposed motion to set a briefing schedule proposed therein. On September 5, 2007, the Court issued an order staying defendant's motion, and instructing defendant to file its response within 10 days of the filing of plaintiff's amended complaint. Plaintiff filed its amended complaint on September 7, 2007. Defendant's

response currently is due on September 21, 2007, pursuant to this Court's September 5, 2007 Order.

Defendant renews its request for the briefing schedule proposed in its August 31, 2007 motion due to the fact that the amended complaint names previously unidentified Housing and Urban Development (HUD) officials, with whom plaintiff allegedly had discussions or who allegedly contracted with plaintiff on behalf of the United States. In that regard, agency counsel needs additional time within which to secure affidavits with respect to the contracting authority, if any, of the newly-named HUD officials. In particular, one such official, from whom we are seeking a declaration, is currently out of the office and will not return until September 17, 2007.

Additional time also is necessary because undersigned counsel of record will be out of the office on September 10, 2007 (for business on another case before this Court), and for approximately eight days for religious holidays during the period September 13-October 5, 2007.

Accordingly, we respectfully request that the Court impose the briefing schedule proposed in defendant's August 31, 2007 motion, to which the plaintiff previously has consented, to enable the Government to acquire the materials necessary to its response, draft a response, obtain the necessary review, and to file the response with the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney, Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3274
Fax: (202) 514-8624

September 7, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of September 2007, I caused to be filed electronically the foregoing DEFENDANT'S MOTION TO LIFT THE STAY UPON, AND TO GRANT, ITS UNOPPOSED AUGUST 31, 2007 MOTION OR, IN THE ALTERNATIVE, DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME with the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON