# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUBLIN CORPORATION, t/a CENTURY 21 ADVANTAGE GOLD | : | No. 07-206C (Judge Allegra) |
| Plaintiff | : | |
| vs. | : | |
| UNITED STATES OF AMERICA | : | |
| Defendant | : | |

## RESPONSE TO DEFENDANT, UNITED STATES OF AMERICA'S REQUEST FOR ENLARGEMENT OF TIME AND CONSENT MOTION

Plaintiff does not oppose defendant's request for an enlargement of time to respond to Plaintiff's first amended complaint.

With regard to defendant's request for a Rule 16 Scheduling Order, if the Government intends to move for summary judgment, as stated in its motion, plaintiff respectfully requests that in the Court's Scheduling Order, the Court requires that the Government first file an Answer to plaintiff's first amended complaint and the time for the answer be set prior to the time for the filing of the motion for summary judgment.

As indicated in defendant's motion, plaintiff intends to vigorously oppose the Government's motion for summary judgment, and believes that there are numerous issues of fact that would preclude summary judgment at this stage.

Respectfully Submitted,

/s/ William F. Thomson, Jr., Esquire
WILLIAM F. THOMSON, JR., ESQUIRE