**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LUBLIN CORPORATION, t/a CENTURY 21 | : | |
| ADVANTAGE GOLD | | No. 07-206C |
| 7104 Castor Avenue | : | (Judge Allegra) |
| Philadelphia, PA 19149 | | |
| | : | |
| Plaintiff | | |
| vs. | : | |
| UNITED STATES OF AMERICA | : | |
| Defendant | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, on behalf of plaintiff, **Lublin Corporation, t/a Century 21 Advantage Gold,** I caused to be filed electronically, the foregoing Response to Defendant, United States of America's Request for Enlargement of Time and Consent Motion with the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

**GILBERT AND THOMSON LAW OFFICE**

/s/ William F. Thomson, Jr., Esquire

WILLIAM F. THOMSON JR., ESQUIRE
Attorney for Plaintiff, Lublin Corporation
952 Trenton Road
Fairless Hills, Pennsylvania 19030
(215) 337-9300