# In The United States Court of Federal Claims

No. 07-206C

(Filed: April 10, 2008)

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral Argument on defendant's motion to dismiss will be held in this case on Tuesday, May 13, 2008, at 2:00 p.m. (EDT), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge