# In The United States Court of Federal Claims

No. 07-206C

(Filed: April 11, 2008)

---

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On April 10, 2008, the court scheduled oral argument on defendant's motion to dismiss for Tuesday, May 13, 2008, at 2:00 p.m. (EDT). At this hearing, the court will hear only the arguments raised under RCFC 12, and will not hear the argument under RCFC 56 that no HUD official with actual authority contracted with Lublin.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge