# In The United States Court of Federal Claims

No. 07-206C

(Filed: May 9, 2008)

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On April 10, 2008, the court scheduled oral argument on defendant's motion to dismiss for Tuesday, May 13, 2008, at 2:00 p.m. (EDT). At this hearing, counsel shall be prepared to discuss the meaning of the term "procurement" within 41 U.S.C. § 602(a)(2).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge