# In The United States Court of Federal Claims

No. 07-206C

(Filed: December 18, 2008)

_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ERRATA**

_____

Please make the following correction to the opinion filed on December 3, 2008:

On page 17, in the last paragraph, the word "statute" should be changed to "status."

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge