# In The United States Court of Federal Claims

No. 07-206C

(Filed: January 9, 2009)

_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 8, 2009, the parties filed a joint status report with a proposed discovery schedule.  Accordingly,

1.    On or before June 30, 2009, discovery shall be completed; and

3.    On or before July 14, 2009, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

                                               s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge