# In The United States Court of Federal Claims

No. 07-206C

(Filed: June 19, 2009)

_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

         Plaintiff,

v.

THE UNITED STATES,

         Defendant.

_____

**ORDER**

_____

      Today, plaintiff filed an unopposed motion seeking to extend the current June 30, 2009 discovery deadline by seventy-five days to September 14, 2009. The motion is hereby **GRANTED**. Accordingly,

    1.    On or before September 14, 2009, discovery shall be completed; and

    2.    On or before September 28, 2009, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge