# In The United States Court of Federal Claims

No.  07-206C

(Filed:  December 15, 2009)

_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Monday, January 4, 2010, at 10:00 a.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                          s/ Francis M. Allegra
                          Francis M. Allegra
                          Judge