# In The United States Court of Federal Claims

No. 07-206C

(Filed: January 4, 2010)

_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Today, a status conference was held in this case. Participating in the conference were William Thomson, for plaintiff, and Matthew Solomson, for defendant. Based on discussions during the conference, it was agreed that:

1. On or before February 8, 2010, defendant shall file a motion for summary judgment; and

2. The timing of subsequent filing shall be determined pursuant to RCFC 7.2(b).

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge