# In The United States Court of Federal Claims

No.  07-206C

(Filed:  June 2, 2010)

_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

                Plaintiff,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____


Oral Argument on defendant's motion for summary judgment will be held in this case on Wednesday, July 14, 2010, at 2:00 p.m. (EDT), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge