# In The United States Court of Federal Claims

No. 07-206C

(Filed: June 10, 2010)

_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

           Plaintiff,

   v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

The oral Argument on defendant's motion for summary judgment that was originally scheduled for July 14, 2010, has been rescheduled for Wednesday, August 11, 2010, at 2:00 p.m. (EDT), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

    **IT IS SO ORDERED.**

                                                 s/ Francis M. Allegra
                                                 Francis M. Allegra
                                                 Judge