# In The United States Court of Federal Claims

No. 07-206C

(Filed: August 12, 2010)

_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

          Plaintiff,

   v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On August 11, 2010, oral argument was held on defendant's motion for summary judgment. Participating in the hearing were William Thomson, for plaintiff, and Matthew Solomson, for defendant. Based on discussions during the hearing, the court orders the following:

1. On or before September 3, 2010, plaintiff shall file two short deposition excerpts referenced during oral argument: (1) Mr. Ronald Rudolph's description of the March 30, 2005, QMR meeting, and (2) Mr. Daniel Rogers' description of the purpose of the QMR program;

2. On or before September 3, 2010, defendant shall file a copy of the agreement transmitted from HVH to Lublin on March 21, 2005; and

3. On or before September 17, 2010, the parties may file supplemental documentation responding to the September 3, 2010, filings.

**IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge