# In The United States Court of Federal Claims

No. 07-206C

(Filed:  March 23, 2011)
_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant

_____

**ORDER**

_____

On March 17, 2011, the parties filed a joint status report proposing a trial schedule. After reviewing the joint status report, the court adopts the following schedule in this matter:

1. On or before September 1, 2011, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial.  *See* RCFC, Appendix A, ¶ 13(a) and (b);

2. On or before September 19, 2011, plaintiff shall file:

    a. Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority.  *See* Appendix A, ¶ 14(a);

    b. A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

    c. A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

3. On or before October 3, 2011, defendant shall file:

   a. Its response to plaintiff's Memorandum of Contentions of Fact and Law. *See* Appendix A, ¶ 14(b);

   b. A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

   c. A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

4. A telephonic pre-trial conference will be held on October 17, 2011, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time; and

5. Trial in this case will commence on November 2, 2011, in Philadelphia, Pennsylvania.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge