# In The United States Court of Federal Claims

No. 07-206C

(Filed: April 8, 2011)

_____

LUBLIN CORPORATION, t/a CENTURY 21, ADVANTAGE GOLD,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

    Trial in this case will commence at 9:30 a.m. (EDT) on Wednesday, November 2, 2011, at the United States Court of Appeals for the Third Circuit, James A. Byrne United States Courthouse, 601 Market Street, Seitz Courtroom.

    **IT IS SO ORDERED.**

                                          s/Francis M. Allegra
                                          Francis M. Allegra
                                          Judge