# In The United States Court of Federal Claims

No. 07-206C

(Filed: October 11, 2011)

_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

On September 19, 2011, and October 7, 2011, respectively, plaintiff and defendant filed their witness lists in accordance with the court's order of March 23, 2011. However, in light of defects with the lists, the court orders the following corrective actions.

1. On or before October 13, 2011, plaintiff shall re-file its witness list with estimated time needed for the direct examination of each witness listed, as required by RCFC App. A, Para. 15.

2. Both parties have included language in their witness lists purporting to "reserve[] the right to call all witnesses listed on the [opponent]'s witness list." No such right exists under the RCFC. Accordingly, if either party wishes to call a witness off its opponent's witness list, that party must re-file a new witness list with that individual included therein (and the information required by RCFC App. A, Para. 15), on or before October 13, 2011.

**IT IS SO ORDERED.**

                                                  s/Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge