# In The United States Court of Federal Claims

No. 07-206C

(Filed:  October 13, 2011)

_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

                     Plaintiff,

v.

THE UNITED STATES,

                     Defendant.

_____

**ORDER**

_____

On October 12, 2011, defendant filed an unopposed motion for authorization of service of a subpoena more than 100 miles from the location of trial.  The court finds that defendant has shown good cause and defendant's motion is hereby **GRANTED**.  Pursuant to RCFC 45(b)(2)(D), defendant is authorized to issue subpoenas compelling the following proposed trial witnesses to travel more than 100 miles to testify at the trial in this matter, which is scheduled to commence on November 2, 2011, in Philadelphia, Pennsylvania:

    1.    Mr. Robert Hooks, Vice-President of Hooks Van Holm; and

    2.    Ms. Linda Van Holm, CEO of Hooks Van Holm.

**IT IS SO ORDERED**.

                                                      s/Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge