# In The United States Court of Federal Claims

No. 07-206C

(Filed:  December 7, 2011)
_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

      On November 2, 2011, through November 4, 2011, the court held trial in this case in Philadelphia, PA.  At the close of trial, the record remained open pending the receipt of the transcript of the trial proceedings.  Today, the court received a copy of the trial transcript.  Proof in this case is now closed**.**

      **IT IS SO ORDERED**.

                                            s/Francis M. Allegra
                                            Francis M. Allegra
                                            Judge