# In The United States Court of Federal Claims

No. 07-206C

(Filed: December 7, 2011)

_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

                      Plaintiff,

v.

THE UNITED STATES,

                      Defendant.

_____

**ORDER**

_____

As agreed upon by the parties at the close of trial, post-trial briefing in this case is hereby ordered as follows:

1. On or before January 20, 2012, the parties shall simultaneously file post-trial briefs;

2. On or before February 21, 2012, the parties shall simultaneously file replies to the initial post-trial briefs; and

3. After replies have been filed, the court will contact the parties telephonically to arrange a date for closing argument.

**IT IS SO ORDERED**.

                                              s/Francis M. Allegra
                                              Francis M. Allegra
                                              Judge