# In The United States Court of Federal Claims

No. 07-206C

(Filed: December 15, 2011)

_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

On December 7, 2011, the court received a copy of the transcript for the trial held November 2-4, 2011, and issued an order closing proof. On December 14, 2011, defendant filed additional documents that were referenced in witness testimony at trial but not included in either party's evidence lists. Those exhibits have been received by the court and will be considered **PART OF THE RECORD**. Proof in this case is now closed.

    **IT IS SO ORDERED**.

                                                        s/Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge