# In The United States Court of Federal Claims

No. 07-206C

(Filed: January 18, 2012)
_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

On January 17, 2012, defendant filed an unopposed motion for extension of time to file its post-trial brief in this case. The motion is hereby **GRANTED**. Accordingly:

1. On or before January 27, 2012, the parties shall simultaneously file post-trial briefs;

2. On or before February 28, 2012, the parties shall simultaneously file replies to the initial post-trial briefs; and

3. After replies have been filed, the court will contact the parties telephonically to arrange a date for closing argument.

**IT IS SO ORDERED**.

                                              s/Francis M. Allegra
                                              Francis M. Allegra
                                              Judge