# In The United States Court of Federal Claims

No. 07-206C

(Filed:  March 6, 2012)

_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

                        Plaintiff,

    v.

THE UNITED STATES,

                        Defendant.

_____

**ORDER**

_____

       Closing argument will be held in this case on Thursday, April 12, 2012, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument.

       **IT IS SO ORDERED**.


                                        s/Francis M. Allegra
                                        Francis M. Allegra
                                        Judge