# In The United States Court of Federal Claims

No. 07-206C

(Filed:  March 21, 2012)

_____

LUBLIN CORPORATION, t/a CENTURY 21,
ADVANTAGE GOLD,

                    Plaintiff,

    v.

THE UNITED STATES,

                    Defendant.

_____

**ORDER**

_____

The closing argument that was originally scheduled for Thursday, April 12, 2012, at 10:00 a.m. (EDT) has been rescheduled to 9:00 a.m. (EDT), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument.

The parties will each be limited to one hour of argument.

**IT IS SO ORDERED**.

s/Francis M. Allegra
Francis M. Allegra
Judge